IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER DANNY CEASAR, III,

    Petitioner,                   No. 2:13-cv-0938 CKD P

    vs.

CONNIE GIPSON, et al.,

    Respondents.                <u>ORDER</u>

                            /

        Petitioner, a state prisoner proceeding pro se, has requested withdrawal of his habeas corpus petition (ECF No.3).  Accordingly, IT IS HEREBY ORDERED that this action is deemed dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: May 21, 2013

                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

1/kly
ceas0938.159